**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00225-CV**

_____


**IN RE VICTOR L. WILLIAMS**


**Original Proceeding**


**MEMORANDUM OPINION**

Victor L. Williams seeks mandamus relief compelling the trial court to rule on pending motions to compel the real party in interest, Todd W. LeBlanc, to respond to interrogatories and requests for production in a civil case. His motions require notice and a hearing. *See* Tex. R. Civ. P. 193.4(a); Tex. R. Civ. P. 215.2. Williams has not shown that he requested a hearing on his motions. We deny the petition for writ of mandamus without prejudice.

PETITION DENIED.

1

PER CURIAM

Submitted on July 2, 2013
Opinion Delivered July 25, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.